# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| CARBONITE FILTER CORPORATION, | : | |
|---|---|---|
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1238 |
| | : | |
| v | : | (JUDGE MANNION) |
| C. OVERAA & CO., | : | |
| | : | |
| Defendant | | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Overaa's motion to dismiss, **(Doc. 12)**, Carbonite's complaint, **(Doc. 1)**, for lack of personal jurisdiction is **GRANTED**;

**(2)** Carbonite's complaint against Overaa, **(Doc. 1)**, is **DISMISSED**; and

**(3)** The clerk of court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 7, 2018**