**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**CARBONITE FILTER**      :
**CORPORATION,**
                   :
      **Plaintiff**        **CIVIL ACTION NO. 3:18-1238**
                   :
      **v**
                   :      **(JUDGE MANNION)**
**C. OVERAA & CO.,**
                   :
      **Defendant**

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)    Carbonite's motion for reconsideration, **(Doc. 29)**, seeking the court to set aside its November 17, 2018 Order, (Doc. 28), granting Overaa's motion to dismiss, (Doc. 12), Carbonite's complaint, (Doc. 1), for lack of personal jurisdiction is **DENIED**;

(2)    Carbonite's motion for reconsideration is **GRANTED** to the extent that it requests the court to rescind the dismissal of its complaint against Overaa and, to transfer this case to the District Court for the Northern District of California;

(3)    The November 17, 2018 Order, (Doc. 28), is **AMENDED** insofar as the court ordered that "Carbonite's complaint against Overaa, **(Doc. 1)**, is **DISMISSED**" and, Carbonite's complaint against Overaa, **(Doc. 1)**, is **TRANSFERRED** to the District Court for the Northern District of California; and

**(4)** The clerk of court is directed to **REOPEN** this case and to **TRANSFER** this case to the District Court for the Northern District of California.



s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 4, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1238-02-ORDER.wpd